# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 2738 (FLW) (LHG)** |
| This document relates to: <u>Maria Lupita Pelagio</u> | |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this Short Form Complaint and Demand for Jury Trial against Defendants named below by and through the undersigned counsel. Plaintiff(s) incorporate(s) by reference the allegations contained in Plaintiffs' Master Long Form Complaint in In re: Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2738 in the United States District Court for the District of New Jersey. Plaintiff(s) file(s) this Short Form Complaint as permitted by Case Management Order No. 1 of this Court.

In addition to those causes of action contained in Plaintiffs' Master Long Form Complaint, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## IDENTIFICATION OF PARTIES

**Identification of Plaintiff(s)**

1. Name of individual injured due to the use of talcum powder product(s):

   **Maria Lupita Pelagio**

2. At the time of the filing of the specific case, Plaintiff(s) is/are a citizen of

   **Compton, CA**

3. Consortium Claim(s): The following individual(s) allege damages for loss of consortium:

   **N/A**

4. Survival and/or Wrongful Death Claims:

Name and residence of Decedent Plaintiff when she suffered the talcum powder product(s) related death:

**N/A**

5. Plaintiff/Decedent was born on and died on:

**DOB XX/XX/XXXX**

6. As a result of using talcum powder products, Plaintiff/Decedent suffered personal and economic injur(ies) that are alleged to have been caused by the use of the products identified in Paragraph 16 below, but not limited to, the following:

| | |
|---|---|
| **X** | injury to herself |
| ____ | injury to the person represented |
| ____ | wrongful death |
| ____ | survivorship action |
| **X** | economic loss |
| **X** | loss of services |
| ____ | loss of consortium |
| **X** | other: Medical Expenses |

**Identification of Defendants**

7. Plaintiff(s)/Decedent Plaintiff(s) is/are suing the following Defendant(s):

☒ Johnson & Johnson

☒ Johnson & Johnson Consumer Inc.

☐ Imerys Talc America, Inc. ("Imerys Talc")

☐ Personal Care Products Council ("PCPC")

**Additional Defendants:**

☐ Other(s) Defendant(s) (please specify):

_____

## JURISDICTION & VENUE

**Jurisdiction:**

8. Jurisdiction in this Short Form Complaint is based on:

   ☒ Diversity of Citizenship

   ☐ Other (The basis of any additional ground for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure).

_____

**Venue:**

9. District Court(s) and Division (if any) in which venue was proper where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court and to where remand could be ordered by the Judicial Panel for trial:

**United States District Court for the Central District of California, Los Angeles Division**

## CASE SPECIFIC FACTS

10. Plaintiff(s) currently reside(s) in (City, State):

    **Compton, CA**

11. At the time of the Plaintiff's/Decedent's diagnosis with a talcum powder product(s) injury, Plaintiff/Decedent resided in (City, State):

    **Compton, CA**

12. The Plaintiff/Decedent was diagnosed with a talcum powder product(s) injury in (City/State): **Lynwood, CA** on or about **February 2019.**

13. To the best of Plaintiff's knowledge, Plaintiff/Decedent began using talcum powder product(s) on or about the following date: In approximately 1999 and continued the use of talcum powder product(s) through approximately 2005.

14. The Plaintiff/Decedent purchased talcum powder product(s) in the following (State(s)):

**California**

15. Plaintiff/Decedent used the following talcum powder products:

- ☒ Johnson & Johnson's Baby Powder
- ☒ Shower to Shower

## CAUSES OF ACTION

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the Master Long Form Complaint and Jury Demand as if fully set forth herein.

17. The following claims and allegations asserted in the Master Long Form Complaint and Jury Demand are herein adopted by reference by Plaintiff(s):

- ☐ Count I:   Products Liability – Strict Liability – Failure to Warn (Against Imerys Talc)

- ☒ Count II:  Products Liability – Strict Liability – Failure to Warn (Against the Johnson & Johnson Defendants)

- ☐ Count III: Products Liability – Strict Liability – Defective Manufacturer and Design (Against Imerys Talc)

- ☒ Count IV:  Products Liability – Strict Liability – Defective Manufacturer and Design (Against the Johnson & Johnson Defendants)

- ☒ Count V:   Breach of Express Warranties (Against the Johnson & Johnson Defendants)

- ☒ Count VI:  Breach of Implied Warranty of Merchantability (Against the Johnson & Johnson Defendants)

- ☒ Count VII: Breach of Implied Warranty of Fitness for a Particular Purpose (Against the Johnson & Johnson Defendants)

- ☐ Count VIII: Negligence (Against Imerys Talc)

☒ Count IX:   Negligence (Against the Johnson & Johnson Defendants)

☐ Count X: Negligence (Against PCPC)

☒ Count XI:   Negligent Misrepresentation (Against the Johnson & Johnson Defendants)

☒ Count XII:   Fraud (Against the Johnson & Johnson Defendants)

☐ Count XIII:   Fraud (Against PCPC)

☒ Count XIV:   Violation of State Consumer Protection Laws of the State of **California** (Against the Johnson & Johnson Defendants)

☐ Count XV:   Fraudulent Concealment (Against Imerys Talc)

☒ Count XVI:   Fraudulent Concealment (Against the Johnson & Johnson Defendants)

☐ Count XVII:   Fraudulent Concealment (Against PCPC)

☒ Count XVIII:   Civil Conspiracy (Against All Defendants)

☐ Count XIX:   Loss of Consortium (Against All Defendants)

☒ Count XX:   Punitive Damages (Against All Defendants)

☒ Count XXI:   Discovery Rule and Tolling (Against All Defendants)

☐ Count XXII:   Wrongful Death (Against All Defendants)

☐ Count XXIII:   Survival Action (Against All Defendants)

☒ Furthermore, Plaintiff(s) assert(s) the following additional theories and/or State Causes of Action against Defendant(s) identified in Paragraph nine (9) above.  If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a manner complying with the requirements of the Federal Rules of Civil Procedure.

<u>Cal. Civ. Code § 1709; Cal. Civ. Code § 1710 *et seq.*; Cal. Civ. Code § 1750 *et seq.*; Cal. U. Com. Code § 2101-2725 *et seq.*; Cal. Civ. Code § 1790 *et seq.*; 15 U.S.C. § 2301 – 2312, in accordance there with, Plaintiff seeks damages in excess of the jurisdictional minimums of this</u>

court and the court of anticipated transfer in a maximum amount to be specified if and when so required.

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit, and such further relief as the Court deems equitable and just, and as set forth in the Master Long Form Complaint as appropriate.

### JURY DEMAND

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

**Dated: January 29, 2021**

        Respectfully submitted,

        **ARNOLD & ITKIN LLP**

        */s/ Jason A. Itkin*
        Jason A. Itkin
        Texas Bar No. 24032461
        Kurt B. Arnold
        Texas Bar No. 24036150
        Noah M. Wexler
        Texas Bar No. 24060816
        Caj Boatright
        Texas Bar No. 24036237
        Roland Christensen
        Texas State Bar No. 24101222
        6009 Memorial Drive
        Houston, Texas 77007
        Telephone: (713) 222-3800
        Facsimile: (713) 222-3850
        jitkin@arnolditkin.com
        karnold@arnolditkin.com
        nwexler@arnolditkin.com
        cboatright@arnolditkin.com
        rchristensen@arnolditkin.com
        e-service@arnolditkin.com

        ***ATTORNEYS FOR PLAINTIFF***